**Order entered December 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01035-CV

### MICHELLE MANAUTOU, Appellant

### V.

### TEACHERS INSURANCE AND ANNUITIES ASSOCIATION OF AMERICA, ET AL, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07908-E**

## ORDER

We **GRANT** Larry E. Parrish's December 20, 2013 unopposed sworn motion for admission pro hac vice and Andrew Jee's December 20, 2013 motion of resident practicing attorney in support of non-resident attorney, Larry Parrish, for admission pro hac vice. Larry E. Parrish shall be allowed to participate in the proceedings in this cause, including oral argument.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE